

United States Department of State

Washington, D.C. 20520

October 26, 2020

# CERTIFICATION FOR THE MARITIME DRUG LAW ENFORCEMENT ACT CASE INVOLVING UNKNOWN GO-FAST VESSEL (TWON) FEDERAL DRUG IDENTIFICATION NUMBER (FDIN) – 2020721990

I, Commander Brian M. Chapman, USCG, declare as follows:

1. That I have been assigned as the Coast Guard Liaison Officer to the Bureau of International Narcotics and Law Enforcement Affairs, U.S. Department of State, since August 21, 2020.

2. That in my official capacity, I have been designated by the Secretary of State, through the Assistant Secretary of State for International Narcotics and Law Enforcement Affairs, to make certifications under 46 U.S.C. § 70502(c)(2) & (d)(2) and 18 U.S.C. § 2237(d).

3. That I make the following statements based upon my personal knowledge and upon information furnished to me in the course of my official duties.

4. I certify the following:

    a. On September 2, 2020, U.S. law enforcement personnel detected a go-fast vessel in approximate position 13-46 N, 071-18 W, seaward of any State's territorial sea. U.S. law enforcement officials observed the vessel operating in a known drug trafficking area with packages consistent with contraband on deck, and observed crewmembers jettisoning suspected contraband packages overboard. U.S. law enforcement officials reasonably suspected the vessel of illicit drug trafficking. The vessel bore no indicia of nationality, but the master made a verbal claim of Dominican nationality for the vessel.

    b. On September 2, 2020, under paragraph 10 of the Agreement between the Government of the United States of America and the Government of the Dominican Republic Concerning Maritime Counter Drug Operations, the Government of the United States requested that the Government of the Dominican Republic confirm or deny the vessel's registry and, if confirmed, grant authorization to board and search the vessel.

    c. On September 3, 2020, the Government of the Dominican Republic replied that it could neither confirm nor deny the vessel's registry or nationality.

21002674-4

# United States of America



## DEPARTMENT OF STATE

*To all to whom these presents shall come, Greetings:*

I ⟨…⟩ That Brian M. Chapman, whose name is subscribed to the document hereunto annexed, as a⟨…⟩ ime of subscribing the same Commander, U. S. Coast Guard, Maritime Law Enforcement ffice⟨…⟩ S. Coast Guard Liaison Officer to the Bureau of International Narcotics and Law forc⟨…⟩ Affairs, Department of State, United States of America, and that full faith and credit are to h⟨…⟩ s as such.

*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, Michael R. Pompeo, Secretary of State, have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this twenty-sixth day of October, 2020.

*[signature]*
Secretary of State

By _____
Assistant Authentication Officer,
Department of State

*Issued pu⟨…⟩ to CHXIV, S⟨…⟩*
*Sept. 15, ⟨…⟩ l Stat. 68-6⟨…⟩*
*USC 2657, ⟨…⟩ C 2651a; 5⟨…⟩*
*301; 28 US⟨…⟩ 3 et. seq.; 8⟨…⟩*
*1443(f); RU⟨…⟩ Federal Ru⟨…⟩*
*Civil Proced⟨…⟩*

d. Accordingly, the Government of the United States determined that the vessel is subject to U.S. jurisdiction under 46 U.S.C. § 70502(c)(1) and 18 U.S.C. § 2237(e)(3).

e. U.S. law enforcement officials recovered approximately 358 kilograms of contraband, which tested positive as cocaine.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 26, 2020.

Brian M. Chapman
Commander, U.S. Coast Guard
Maritime Law Enforcement Officer
U.S. Coast Guard Liaison Officer to the Bureau of
International Narcotics and Law Enforcement Affairs
U.S. Department of State